505 A.2d 826

**Alejandro Almirall ALVAREZ**

v.

**STATE of Maryland.**

No. 97, Sept. Term, 1985.

Court of Appeals of Maryland.

March 10, 1986.

Michael R. Malloy, Asst. Public Defender (Alan H. Murrell, Public Defender, on brief), Baltimore, for appellant.

Jillyn K. Schulze, Asst. Atty. Gen. (Stephen H. Sachs, Atty. Gen., on brief), Baltimore, for appellee.

Argued Before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 10th day of March, 1986

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, petition having been improvidently granted.